DAVE HAYWOOD, Respondent, *v.* RUBEL CORPORATION, Appellant.

Submitted March 12, 1941; decided April 17, 1941.

*Sol H. Yellin* and *Sanford S. Levy* for appellant.

*Louis Weil* and *Barnett Schiff* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.